SUPPRESSED

FILED
NOV 1 8 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **4:20CR732 SRC/DDN** |
| | ) |
| DAMON CAMPBELL, | ) |
| BRIDGET JONES, | ) |
| APRIL TIBBS, and | ) |
| JAMES REED, | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

The Grand Jury Charges:

## BACKGROUND

At all times relevant to the Indictment:

1.    Damon Campbell, Bridget Jones, April Tibbs, and James Reed all resided in the Eastern District of Missouri.

2.    From approximately September of 2020, to present, the Defendants have been using the means of identification of different individuals in order to apply for lines of credit and vehicle loans.

1

3.      In addition to using others' means of identification, the Defendants have been using fraudulent Drivers Licenses and Social Security cards, purportedly issued by the appropriate State and Federal agencies, in order to apply for the lines of credit and vehicle loans.

4.      In multiple transactions and attempted transactions, Defendant Damon Campbell falsely represented himself as victims T.D. and W.W.

5.      In multiple transactions and attempted transactions, Defendant Bridget Jones falsely represented herself as victim R.M.

6.      In multiple transactions and attempted transactions, Defendant April Tibbs falsely represented herself as victim K.R.

7.      In multiple transactions and attempted transactions, Defendant James Reed falsely represented himself as victim B.C.

## COUNTS 1 THROUGH 4
### 42 U.S.C. § 408(a)(7)(B): Misuse of Social Security Number

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

### DAMON CAMPBELL,

with the intent to deceive, and for the purpose of obtaining anything of value from another person and for any other purpose, falsely and fraudulently represented his Social Security Number to be one of the Social Security Numbers as enumerated below, when in fact this Social Security Number was assigned to victims T.D. or W.W., the aliases used by Defendant **DAMON CAMPBELL:**

| COUNT | DATE | DEALERSHIP/CREDITOR | SSN USED |
|-------|------|---------------------|----------|
| 1 | 9/4/2020 | Rock Road/Capital One | ***-**-7782 |

2

| 2 | 9/14/2020 | Johnny Londoff/Exeter Finance | ***-**-7782 |
| 3 | 9/17/2020 | Glendale Chrysler/Ally Bank | ***-**-7113 |
| 4 | 9/18/2020 | Hollywood Motor Company | ***-**-7113 |

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNTS 5 THROUGH 8
### 18 U.S.C. § 1344: Bank Fraud

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

## DAMON CAMPBELL,

did knowingly and willfully execute and attempt to execute a scheme or artifice to defraud and to

obtain the moneys, funds, credits, assets, securities, and other property owned by, and under the

custody and control of the financial institutions listed below, which were financial institutions as

defined in 18 U.S.C. § 20, by means of materially false and fraudulent pretenses, representations,

and promises, to wit: by completing and causing to be completed applications for loans and lines

of credit from the below named motor vehicle dealerships and creditors, stating and representing

that **DAMON CAMPBELL** was victim T.D. or victim W.W.:

| COUNT | DATE | DEALERSHIP/CREDITOR | SSN USED |
|---|---|---|---|
| 5 | 9/4/2020 | Rock Road/Capital One | ***-**-7782 |
| 6 | 9/14/2020 | Johnny Londoff/Exeter Finance | ***-**-7782 |
| 7 | 9/17/2020 | Glendale Chrysler/Ally Bank | ***-**-7113 |
| 8 | 9/18/2020 | Hollywood Motor Company | ***-**-7113 |

3

All in violation of Title 18, United States Code, Section 1344.

### COUNT 9
**18 U.S.C. §1028A: Aggravated Identity Theft**

Between on or about September 1, 2020, and September 30, 2020, within the Eastern District of Missouri, the defendant,

### DAMON CAMPBELL,

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the Social Security Number of T.D., during and in relation to the commission of the felony offense of bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028A.

### COUNT 10
**18 U.S.C. §1028A: Aggravated Identity Theft**

Between on or about September 1, 2020, and September 30, 2020, within the Eastern District of Missouri, the defendant,

### DAMON CAMPBELL,

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the Social Security Number of W.W., during and in relation to the commission of the felony offense of bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028A.

### COUNTS 11 AND 12
**42 U.S.C. § 408(a)(7)(B): Misuse of Social Security Number**

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

4

**BRIDGET JONES,**

with the intent to deceive, and for the purpose of obtaining anything of value from another person

and for any other purpose, falsely and fraudulently represented her Social Security Number to be

the Social Security Number enumerated below, when in fact this Social Security Number was

assigned to victim R.M., the alias used by Defendant **BRIDGET JONES:**

| COUNT | DATE | DEALERSHIP/CREDITOR | SSN USED |
|-------|------|---------------------|----------|
| 11 | 9/23/2020 | Macy's/Citi Bank | ***-**-9627 |
| 12 | 9/24/2020 | Dean Team Automotive/Wells Fargo | ***-**-9627 |

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNTS 13 AND 14
### 18 U.S.C. § 1344: Bank Fraud

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

**BRIDGET JONES,**

did knowingly and willfully execute and attempt to execute a scheme or artifice to defraud and to

obtain the moneys, funds, credits, assets, securities, and other property owned by, and under the

custody and control of the financial institutions listed below, which were financial institutions as

defined in 18 U.S.C. § 20, by means of materially false and fraudulent pretenses, representations,

and promises, to wit: by completing and causing to be completed applications for loans and lines

of credit from the below named retail store and motor vehicle dealership by completing and

causing to be completed applications for loans and lines of credit from the below named retail

store and motor vehicle dealership and creditors, stating and representing that **BRIDGET JONES**
was victim R.M.:

| COUNT | DATE | DEALERSHIP/CREDITOR | SSN USED |
|-------|------|---------------------|----------|
| 13 | 9/23/2020 | Macy's/Citi Bank | ***-**-9627 |
| 14 | 9/24/2020 | Dean Team Automotive/Wells Fargo | ***-**-9627 |

All in violation of Title 18, United States Code, Section 1344.

### COUNT 15
### 18 U.S.C. § 1028A: Aggravated Identity Theft

Between on or about September 1, 2020, and September 30, 2020, within the Eastern District
of Missouri, the defendant,

### BRIDGET JONES,

did knowingly possess, transfer, and use, without lawful authority, a means of identification of
another person, to wit, the Social Security Number of R.M.., during and in relation to the
commission of the felony offense of bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028A.

### COUNT 16
### 42 U.S.C. § 408(a)(7)(B): Misuse of Social Security Number

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

### APRIL TIBBS,

with the intent to deceive, and for the purpose of obtaining anything of value from another person
and for any other purpose, falsely and fraudulently represented her Social Security Number to be

6

the Social Security Number enumerated below, when in fact this Social Security Number was assigned to victim K.R., the alias used by Defendant **APRIL TIBBS:**

| COUNT | DATE | DEALERSHIP/CREDITOR | SSN USED |
|-------|------|---------------------|----------|
| 16 | 9/30/2020 | Dean Team Automotive/Fifth Third Bank | ***-**-0221 |

In violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 17
### 18 U.S.C. § 1344: Bank Fraud

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

**APRIL TIBBS,**

did knowingly and willfully execute and attempt to execute a scheme or artifice to defraud and to obtain the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of the financial institution listed below, which is a financial institution as defined in 18 U.S.C. § 20, by means of materially false and fraudulent pretenses, representations, and promises, to wit: by completing and causing to be completed applications for loans and lines of credit from the below named motor vehicle dealerships and creditors, stating and representing that **APRIL TIBBS** was victim K.R.:

| COUNT | DATE | DEALERSHIP/CREDITOR | SSN USED |
|-------|------|---------------------|----------|
| 17 | 9/30/2020 | Dean Team Automotive/Fifth Third Bank | ***-**-0221 |

In violation of Title 18, United States Code, Section 1344.

7

### COUNT 18
### 18 U.S.C. §1028A: Aggravated Identity Theft

On or about September 30, 2020, within the Eastern District of Missouri, the defendant,

**APRIL TIBBS,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the Social Security Number of K.R., during and in relation to the commission of the felony offense of bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028A.

### COUNT 19
### 42 U.S.C. § 408(a)(7)(B): Misuse of Social Security Number

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

**JAMES REED,**

with the intent to deceive, and for the purpose of obtaining anything of value from another person and for any other purpose, falsely and fraudulently represented his Social Security Number to be the Social Security Number enumerated below, when in fact this Social Security Number was assigned to victim B.C., the alias used by Defendant **JAMES REED:**

| COUNT | DATE | DEALERSHIP/CREDITOR | SSN USED |
|-------|------|---------------------|----------|
| 19 | 9/29/2020 | All Star Dodge/Together Credit Union | ***-**-5335 |

In violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 20
### 18 U.S.C. § 1344: Bank Fraud

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

8

**JAMES REED,**

did knowingly and willfully execute and attempt to execute a scheme or artifice to defraud and to

obtain the moneys, funds, credits, assets, securities, and other property owned by, and under the

custody and control of the financial institution listed below, which is a financial institution as

defined in 18 U.S.C. § 20, by means of materially false and fraudulent pretenses, representations,

and promises, to wit: by completing and causing to be completed applications for loans and lines

of credit from the below named motor vehicle dealerships and creditors, stating and representing

that **JAMES REED** was victim B.C.:

| COUNT | DATE | DEALERSHIP/CREDITOR | SSN USED |
|-------|------|---------------------|----------|
| 20 | 9/29/2020 | All Star Dodge/Together Credit Union | ***-**-5335 |

In violation of Title 18, United States Code, Section 1344.

## COUNT 21
### 18 U.S.C. § 1028A: Aggravated Identity Theft

On or about September 29, 2020, within the Eastern District of Missouri, the defendant,

**JAMES REED**,

did knowingly possess, transfer, and use, without lawful authority, a means of identification of

another person, to wit, the Social Security Number of B.C., during and in relation to the

commission of the felony offense of bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028A.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.     Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 641 as set forth in Counts I and VI, the defendant shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to said violation.

2.     Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

3.     Pursuant to Title 18, United States Code, Sections 982(a), upon conviction of an offense in violation of Title 18, United States Code, Section 666(a)(1) as set forth in Counts III and IV, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained directly or indirectly, as the result of such violation.

4.     Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said violation.

5.     Pursuant to Title 18, United States Code, Sections 982(a), upon conviction of an offense in violation of Title 18, United States Code, Section 1001 as set forth in Counts V and VIII, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained directly or indirectly, as the result of such violation.

6.     Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said violation.

7.     If any of the property described above, as a result of any act or omission of the defendant:

10

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without

difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

A TRUE BILL.


_____

FOREPERSON


JEFFREY B. JENSEN,
United States Attorney


_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney


11